UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **WILLIE C. ANDERSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:06CV1451-DJS |
| | ) |
| **JIM PURKETT, KRISTEN SHROPSHIRE,** | ) |
| **STAN PAYNE, WILLIAM NICKELSON,** | ) |
| **JERRY BINGHAM, JENNIE SIKES,** | ) |
| **DONITA TRESSNER, JOSHUA SMITH,** | ) |
| **ROBERT SMITH, BRIAN KENOYER,** | ) |
| **JOYCE BELEK, SHELTON WREN,** | ) |
| **CHARLES FINLEY, SHERRY STROPE,** | ) |
| **and JEREMIAH J. NIXON,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that summary judgment is entered against plaintiff Willie C. Anderson and in favor of remaining defendants Purkett, Shropshire, Payne, Nickelson, Bingham, Sikes, Tressner, Joshua Smith, Robert Smith, Kenoyer, Belek, Wren and Finley.

Dated this   4th   day of March, 2009.


/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE